# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 22-mj-237-MAR |
| vs. | **ORDER SCHEDULING INITIAL APPEARANCE** |
| ANNE MARIE FLYNN, | |
| Defendant. | |

The initial appearance for the above defendant will take place before the undersigned on **Tuesday, October 25, 2022 at 11:30 a.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 21st day of October, 2022.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa